UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL JAMEER SHAIK,

    Plaintiff,

v.

JOHN F. DOCHERTY,

    Defendant.

Case No. 24-13174

Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy Jr.

## ORDER OF DISMISSAL

The Court entered an order on December 6, 2024, directing Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* by December 20. (ECF No. 3.) That deadline has passed and Plaintiff has failed to correct the deficiency.

THEREFORE, IT IS ORDERED this case be DISMISSED.

SO ORDERED.

Dated: January 2, 2025

                      s/Laurie J. Michelson
                      LAURIE J. MICHELSON
                      UNITED STATES DISTRICT JUDGE